FILED

2017 JAN -6  AM 9: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

Keith Coffin

DEFENDANT(S).

CASE NUMBER: **17MJ00017**

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: the Grand Jury
in the _____ District of Montana on 01/05/17  12/22/2016
at 12:30  ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title  21  U.S.C., Section(s)  841(a)(1) / 846
to wit: _____

A warrant for defendant's arrest was issued by: US Magistrate Judge Timothy J. Cavan

Bond of $ None  was ☒ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on  1/6/17  , by
_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: Edward Lewis

Agency: FBI

Title: Special Agent

CR-52 (05/98)                         AFFIDAVIT RE OUT-OF-DISTRICT WARRANT