

FILED

2017 JAN -6 AM 9: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___MAO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: CR-16-117-B... 17MJ00017 |
|---|---|---|
| V. Keith Coffin | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 01/05/17 12:30    ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 841, 846 Conspiracy/Possession Distribution of a Controlled Substance

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: ___

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty Officer Smith

10. Remarks (if any): ___

11. Name: Daniel J. Diaz  (please print)

12. Office Phone Number: 805-868-1684

13. Agency: FBI

14. Signature: /s/

15. Date: 01/06/17

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION